155 A.3d 563

IN THE MATTER OF PAUL SPEZIALE, AN ATTORNEY
AT LAW (ATTORNEY NO. 042881984)

MARCH 08, 2017

## ORDER

The Office of Attorney Ethics having filed with the Court a petition pursuant to *Rule* 1:20–3(g)(4) and *Rule* 1:20–11, seeking the immediate temporary suspension of **PAUL SPEZIALE,** formerly of **MONTVALE,** who was admitted to the bar of this State in 1984, and good cause appearing;

It is ORDERED that **PAUL SPEZIALE** is temporarily suspended from the practice of law, effective immediately, and until the further Order of this Court; and it is further

ORDERED that **PAUL SPEZIALE** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **PAUL SPEZIALE** pursuant to *Rule* 1:21–6 shall be restrained from disbursement expect on application to this Court for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **PAUL SPEZIALE** comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of the respondent's file as an attorney at law of this State.